**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-1261**

—————

FREDDY S. CAMPBELL,

　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES OF AMERICA; CARTER COUNTY DETENTION CENTER; RANDY
BINION, Chief Jailer - Carter County Detention Center; JOHN
PERRINE, Supervising Marshal - United States Marshals Service;
BRENDA WILBURN, R.N. - Carter County Detention Center,

　　　　　Defendants – Appellees.

—————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.　John T. Copenhaver,
Jr., District Judge.　(2:09-cv-00503)

—————

Submitted:　July 28, 2011　　　　　Decided:　August 1, 2011

—————

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Freddy S. Campbell, Appellant Pro Se.　Stephen Michael Horn,
Assistant United States Attorney, Charleston, West Virginia, R.
Stephen McGinnis, MCBRAYER, MCGINNIS, LESLIE & KIRKLAND, PLLC,
Greenup, Kentucky, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddy S. Campbell appeals the district court's order dismissing his action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campbell v. United States, No. 2:09-cv-00503 (S.D.W. Va., Jan. 31, 2011). We also deny Campbell's motions to have Brenda Wilburn served by public notice and to introduce additional evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED